ROUND VALLEY, INC.

v.

TOWNSHIP OF CLINTON.

April 16, 1980

Petition for certification granted. (See 173 *N.J.Super.* 45)

CARMINE L. TRANGONE v. PENN CENTRAL
TRANSPORTATION CO.

April 21, 1980.

Petition for certification is granted, and the matter is summarily remanded to the Superior Court, Appellate Division for consideration of the appeal on the merits.

FREDERICK RENZ v. PENN CENTRAL CORPORATION.

April 21, 1980.

Certification to Superior Court, Law Division is granted.